**Order entered November 13, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01421-CV
### No. 05-14-01425-CV

### IN RE DONALD GENE BLANTON, Relator

### Original Proceeding from the 86th Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 23078-86, 23592-86

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/      ROBERT M. FILLMORE
             JUSTICE